NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Scott A. Burroughs, Esq.
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TEXKHAN, INC.

Plaintiff(s),

v.

ASCENA RETAIL GROUP INC.; et. al.

Defendant(s)

CASE NUMBER:

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TEXKHAN INC | PLAINTIFF |
| ASCENA RETAIL GROUP INC | DEFENDANT |
| CONNECTED APPAREL COMPANY LLC | DEFENDANT |
| VOLUME COCOMO APPAREL INC | DEFENDANT |
| COHOES FASHIONS INCORPORATED | DEFENDANT |
| PERCEPTIONS INC | DEFENDANT |
| ROSS STORES INC | DEFENDANT |
| BURLINGTON COAT FACTORY INVESTMENTS HOLDINGS INC | DEFENDANT |

6/22/2016
Date

/s/ Scott A. Burroughs
Signature

Attorney of record for (or name of party appearing in pro per):

Scott A. Burroughs, Esq. -for Plaintiff