HYUNSUK ALBERT CHANG, ESQ. (SBN 206270)
Email: albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI, ESQ. (SBN 312972)
Email: mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Plaintiff TEXKHAN, INC., d/b/a HYUP SUNG T.R.D.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXKHAN, INC., a California Corporation, individually and doing business as HYUP SUNG T.R.D., <br><br> Plaintiff, <br><br> vs. <br><br> DRESS BARN, INC., a Connecticut Corporation; CONNECTED APPAREL COMPANY, LLC, a California Limited Liability Company; VOLUMECOCOMO APPAREL, INC., a California Corporation; COHOES FASHIONS OF CRANSTON, INC., a Rhode Island Corporation; ARYA, LLC, a New York Limited Liability Company, individually and dba PERCEPTIONS; ROSS STORES, INC., a California Corporation; BURLINGTON COAT FACTORY DIRECT CORPORATION, a Delaware Corporation; NUANCE INDUSTRIES, INC., a New York Corporation; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:16-cv-04528-MWF-GJS <br> Hon. Michael W. Fitzgerald Presiding <br><br> **ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

---

**ORDER RE STIPULATION FOR DISMISSAL**
- 1 -

Law Offices of Albert Chang
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

## **ORDER**

The Court has reviewed the Stipulation submitted concurrently herewith, and based on the contents of said Stipulation, finds good cause to approve the agreement contained therein. Accordingly, the Court orders:

1. This action is to be dismissed with prejudice as to Defendants NUANCE INDUSTRIES, INC., COHOES FASHIONS OF CRANSTON, INC., THE DRESS BARN, INC., ROSS STORES, INC., CONNECTED APPAREL COMPANY, LLC, VOLUMECOCOMO APPAREL, INC., BURLINGTON COAT FACTORY DIRECT CORPORATION, and ARYA, LLC, d/b/a PERCEPTIONS

2. Each party is to bear its own costs and attorney's fees as incurred against one another.

IT IS SO ORDERED.

Date: July 20, 2018

_____
United States District Court Judge
Honorable Michael W. Fitzgerald